# CD&M Conway, Donovan & Manley, PLLC
### ATTORNEYS AND COUNSELORS AT LAW

MICHAEL C. CONWAY
RYAN T. DONOVAN*
RYAN E. MANLEY

LUKAS M. HOROWITZ
MICHAEL J. LAWSON

CHRISTIAN F. HUMMEL
*Senior Counsel*

December 4, 2025

* *Also admitted in Massachusetts*

**VIA ECF**

Telephone: 518.436.1661
Facsimile: 518.432.1996
*Service by fax not accepted*

Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

www.lawcdm.com

## MEMO ENDORSED

> Re: **Mannings v. Zito, et al**
> **Southern District of New York**
> **7:25-CV-01672 (JGLC)**

Dear Judge Clarke:

This firm represents Defendants David Zito, Patrick Fredericks, and Steven Luciano. Please accept this letter in response to Plaintiff's letter motion seeking an extension of the current discovery deadlines (DKT NO. 35). Except for the proposed deadlines after the deadline for Plaintiff's Expert Disclosure, there is no objection.

After Plaintiff's submission, counsel conferred and agreed upon the following revised schedule:

- January 5, 2026 - Requests to Admit
- March 4, 2026 - End of Fact Disclosure
- March 11, 2026 - Joint Post-Discovery Status Letter
- March 18, 2026 - Plaintiff's Expert Disclosure
- May 20, 2026 - Defendants' Expert Disclosure
- July 17, 2026 - All Expert Discovery to be completed
- July 31, 2026 - Post-Discovery Joint Status Letter
- August 3-7, 2026 - Proposed Alternative Dates for the next Case Management Conference.

50 State Street ▪ Second Floor ▪ Albany, NY 12207

If this schedule is acceptable to the Court, Defendants respectfully request that the extension be granted on consent.

Respectfully submitted,

**CONWAY, DONOVAN & MANLEY, PLLC**

*Ryan T. Donovan*

Ryan T. Donovan
RDonovan@lawcdm.com

RTD:phb
cc.: All Counsel via ECF

Application GRANTED. The Court extends the deadlines as set forth above. IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for February 3, 2026, at 12:00 p.m., is RESCHEDULED for August 4, 2026, at 12:00 p.m in Courtroom 320 of the Charles L. Brieant, Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150. The Clerk of Court is directed to terminate ECF Nos. 35 and 37.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: December 8, 2025
       New York, New York