# POLLACK, POLLACK, ISAAC & DE CICCO, LLP

ATTORNEYS AT LAW

**ARTHUR POLLACK (1950-1985)**
**CONRAD E. POLLACK***
**BRIAN J. ISAAC***
**FRED A. DE CICCO*~**
**ADAM S. HANDLER*~+**
**JILLIAN ROSEN***
**H. SUSAN OH***
**NELSON A. MADRID***

RUBIE M. ALICEA>
ALEXANDRA D. BONDIKOV+
JOSHUA B. BLOCK*+>
LETICIA ESCOBAR*
QIONGYU (ROBYN) GAO*
MATTHEW D. GOODSTEIN*~
HAYLEY B. JONES*<
LORI E. PARKMAN*
MONA PATEL*~^
YI Z. ZHAO*~

250 BROADWAY, SUITE 600
NEW YORK, NY 10007
T: (212) 233-8100
F: (212) 233-9238
www.ppid.com

**WESTCHESTER OFFICE**
1045 PARK STREET, SUITE 104
PEEKSKILL, NY 10566
T: 914-328-2400

**OF COUNSEL**
ALLEN E. KAYE (1965-2024)
ROBERT J. SHANNON*
JACOB ARONAUER*~
GREGG A. PINTO*

ADMITTED IN NY* | NJ~ | MA+ | CA < | PR> | DC^


November 18, 2026

**VIA ECF**
Honorable Jessica G.L. Clarke
United State District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

MEMO ENDORSED

**Re:** ***Eric Mannings v. David Zito, et al.***
**Docket No. 25-CV-01672 (JGLC)**

Dear Judge Clarke:

Our office is special and appellate counsel to Subin LLP, attorneys of record for the Plaintiff Eric Mannings ("Plaintiff"). We respectfully write to the Court to provide an update regarding Plaintiff's letter-motion to compel non-party New York Department of Corrections and Community Supervision ("DOCCS") to comply with Plaintiff's judicial subpoena duces tecum dated June 8, 2026, served on June 9, 2026.

In compliance with this Court's Order dated November 16, 2026, the parties and DOCCS engaged in a meet and confer to further narrow the issues for the Court to resolve. Plaintiff is pleased to report that an agreement was reached with counsel for DOCCS and DOCCS provided

certain unredacted documents in response to Plaintiff's subpoena. Plaintiff is satisfied that DOCCS has now complied with the subpoena and this issue is resolved. Plaintiff hereby withdraws his letter-motion to compel (ECF No. 53).

Accordingly, the parties and non-party DOCCS respectfully request that the Court cancel the conference that is currently scheduled for November 19, 2026, at 11:00 a.m., in Courtroom 320 of the Charles L. Brieant, Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150.

In light of the recent production of the final unredacted documents, the parties also request, on consent, an extension of the remaining discovery deadlines. The basis of the request stems from the necessity of resolving Plaintiff's subpoena prior to proceeding with depositions. Additionally, Defendants' counsel has advised that he has trial scheduled for December 2026. In light of these factors, the parties request an extension of time to complete discovery, in accordance with the attached proposed amended scheduling order, as follows:

(1) Fact Discovery and Depositions to be completed by **January 29, 2027 (original date December 9, 2026)**;
(2) Requests to Admit Pursuant to Fed. R. Civ. P. 36 by **December 15, 2026 (original date November 13, 2026, which elapsed while the subpoena dispute was unresolved)**;
(3) Plaintiff's Expert Disclosures pursuant to Fed. R. Civ. P. 26(a)(2) **completed**;
(4) Defendants' Expert Disclosures by **February 26, 2027 (original date January 8, 2027)**;
(5) All Expert Discovery and Expert Depositions to be completed by **March 12, 2027 (original date January 22, 2027)**;
(6) Post-Discovery Joint Status Letter by **February 5, 2027 (original date December 14, 2026)**;
(7) Post-Expert Discovery Joint Status Letter, if necessary, by **March 19, 2027 (original date January 29, 2027)**.

This is the fifth request for an extension of time to complete discovery; the previous four were granted. Additionally, a conference is currently scheduled in this matter for February 9, 2027, at 2:30 p.m., in Courtroom 320 of the Charles L. Brieant, Jr., Federal Building and United States

Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150. The parties have conferred and propose the following three mutually agreeable alternative conference dates: March 29, 2027, March 30, 2027, or March 31, 2027.

Respectfully submitted,

BY: Brian J. Isaac, Esq.
Pollack Pollack Isaac & DeCicco, LLP
250 Broadway, Suite 600
New York, New York 10007
Tel: 212-233-8100
bji@ppid.com

***Special and Appellate Counsel to***

Subin, LLP
***Attorneys for Plaintiff***
150 Broadway, 16th Floor
New York, New York 10038
Tel: (212) 529-1954
es@subin.com

CC:

**VIA ECF**
Ryan T. Donovan, Esq.
Conway Donovan & Manley, PLLC
***Attorneys for Defendants***
50 State Street, 2nd Floor
Albany, New York 12207
Tel: 518-436-1661
RDonovan@lawcdm.com

Eric D. Subin, Esq.
Subin LLP
***Attorneys for Plaintiff***
150 Broadway, 16th Floor
New York, New York 10038
Tel: (212) 529-1954
es@subin.com

**VIA OVERNIGHT MAIL & EMAIL**
Marat Shkolnik, Esq.
Associate Counsel
Department of Corrections and Community Supervision
The Harriman State Campus
1220 Washing Avenue
Albany, New York 12226-2050
Tel: 518-457-4951
Marat.Shkolnik@doccs.ny.gov
CounselsOffice@doccs.ny.gov
subpoenas@doccs.ny.gov

Application GRANTED. The conference previously scheduled for November 19, 2026, at 11:00 a.m., is CANCELED.
The Court will adopt the above discovery extensions in a separately issued Case Management Plan and Scheduling Order.
The Clerk of Court is directed to terminate ECF Nos. 53, 56, and 58.

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge
Dated: November 18, 2026
White Plains, New York